IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-00154-RMR-CYC

DEVYN TOWNSEND, an individual,

 Plaintiff,

v.

JEFF LONG, an individual and Warden of Sterling Correctional Facility,
GWENDOLYN LONDENBERG, an individual and Captain at Fremont Correctional Facility,
CHRIS BARR, an individual and Investigator with the Office of the Inspector General,
MAUREEN SHERIDAN, an individual and Investigator with the Office of the Inspector General,

 Defendants.

**UNOPPOSED MOTION OF ATTORNEY BRYAN P. ROSE TO WITHDRAW AS COUNSEL FOR DEVYN TOWNSEND**

  Pursuant to and in accordance with D.C.COLO.LAttyR 5(b), Bryan P. Rose hereby requests leave to withdraw as counsel for Devyn Townsend ("Townsend"). Ryan M. Sugden, Alex J. Gunning, and Simon T. Stover of Stinson LLP will continue as counsel of record for Townsend. In support of this motion, Mr. Rose states as follows:

  1. Counsel for Townsend has conferred in good faith with counsel for the Defendant's regarding this motion, and the Defendant's counsel has advised that they do not oppose the requested relief.

  2. Mr. Rose entered his appearance on behalf of Townsend on September 17, 2024 [ECF No. 49]. Subsequently, Mr. Gunning and Ms. Stover, also attorneys at Stinson LLP, entered appearances on behalf of Townsend. Mr. Rose is leaving Stinson LLP on

April 30, 2025, and is unable to continue his representation of Mr. Townsend. As a result, Mr. Rose seeks to withdraw as counsel for Townsend.

3. On April 22, 2025, Mr. Ryan Sugden, a partner at Stinson LLP, made his appearance on behalf Mr. Townsend, and is prepared to be lead counsel in Mr. Rose's stead. Mr. Gunning and Ms. Stover of Stinson LLP will remain as counsel of record for Townsend. Therefore, no party will be prejudiced by Mr. Rose's withdrawal as counsel, and no delay will be caused by the Court's granting of the relief sought herein.

4. Townsend has been advised of and consents to Mr. Rose's requested withdrawal as counsel of record.

WHEREFORE, Bryan P. Rose respectfully requests that this Court permit his withdrawal as counsel for Townsend.

Respectfully submitted this 23nd day of April, 2025.

*s/ Bryan P. Rose*
Bryan P. Rose
Alex J. Gunning
Ryan M. Sugden
Simone T. Stover
**STINSON LLP**
1144 Fifteenth Street, Suite 2400
Denver, CO 80202
Phone: 303.376.8405
Email: bryan.rose@stinson.com
Email: alex.gunning@stinson.com
Email: ryan.sugden@stinson.com
Email: simone.stover@stinson.com

*Attorneys for Plaintiff Devyn Townsend*

CORE/9998500.0060/198379651.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 23, 2025 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

*s/ Bryan P. Rose*
Bryan P. Rose

CORE/9998500.0060/198379651.1