IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-00154-RMR-CYC

DEVYN TOWNSEND, an individual,

    Plaintiff,

v.

JEFF LONG, an individual and Warden of Sterling Correctional Facility,
GWENDOLYN LONDENBERG, an individual and Captain at Fremont Correctional Facility,
CHRIS BARR, an individual and Investigator with the Office of the Inspector General,
MAUREEN SHERIDAN, an individual and Investigator with the Office of the Inspector General,

    Defendants.

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Being duly advised of the foregoing Motion to Withdraw as Counsel of Record, **IT IS HEREBY ORDERED** that Bryan P. Rose is hereby withdrawn as counsel of record for Devyn Townsend.

    Dated: _____.

                        BY THE COURT:

                        _____
                        United States District Court Judge