IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-00154-RMR-CYC

DEVYN TOWNSEND, an individual,

    Plaintiff,

v.

JEFF LONG, an individual and Warden of Sterling Correctional Facility,
GWENDOLYN LONDENBERG, an individual and Captain at Fremont Correctional Facility,
CHRIS BARR, an individual and Investigator with the Office of the Inspector General,
MAUREEN SHERIDAN, an individual and Investigator with the Office of the Inspector General,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that plaintiff Devyn Townsend appeals to the United States Court of Appeals for the Tenth Circuit from the United States District Court's Order Adopting Magistrate Judge's Recommendation, ECF No. 141, and Final Judgment, ECF No. 142, entered in this action on September 4, 2025 and September 5, 2025, respectively.

Respectfully submitted this 3rd day of October, 2025.

*s/ Alex J. Gunning*
Ryan M. Sugden
Alex J. Gunning
Simone T. Stover
STINSON LLP
1144 Fifteenth Street, Suite 2400
Denver, CO 80202
Phone: 303.376.8405
Email: ryan.sugden@stinson.com
Email: alex.gunning@stinson.com
Email: simone.stover@stinson.com

**Attorneys for Plaintiff Devyn Townsend**

CORE/9998500.0060/230635993.4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 3, 2025 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

*s/ Alex J. Gunning*
Alex J. Gunning

CORE/9998500.0060/230635993.4